IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STEVEN M. FITTEN, § § § Plaintiff, § § v. § Case No. 3:16-cv-00310-DCG § WEBSTER UNIVERSITY, ELIZABETH § J. STROBEL, JULIAN SCHUSTER, § RICHARD FORISTEL, BETSY § SCHMUTZ, and MAUREEN ABSOLON § WEIL, § § Defendants. § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, the parties to the above-entitled action hereby stipulate, and the Court orders, that all claims in the above matter are dismissed with prejudice, with all parties to bear their respective costs and attorneys' fees.

Respectfully submitted,

By: __/s/ Ramon D. Bissmeyer__
   **Ramon D. Bissmeyer**
   State Bar No. 00787088
   rbissmeyer@dykema.com
   **DYKEMA COX SMITH**
   112 East Pecan Street, Suite 1800
   San Antonio, Texas 78205
   Telephone: (210) 554-5500
   Facsimile: (210) 226-8395

   **ATTORNEY FOR DEFENDANTS**

By: _[signature]_
   Steven M. Fitten
   300 Vista del Rey Drive
   El Paso, Texas 79912

   **PRO SE PLAINTIFF**

4828-0859-4757.2